No. 10-6959. Clinton Hill, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.

562 U.S. 1143, 131 S. Ct. 911, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 374.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 619.

No. 10-6960. Ross Anthony Neyens, Petitioner v. Iowa.

562 U.S. 1143, 131 S. Ct. 911, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 340.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Iowa denied.

No. 10-6963. Harry Maddox, III, Petitioner v. Mary McPhetres, et al.

562 U.S. 1143, 131 S. Ct. 911, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 290.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6966. Robert H. Williams, Petitioner v. United States Court of Appeals for the Eighth Circuit, et al.

562 U.S. 1143, 131 S. Ct. 978, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 442,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6969. Billy Williams, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.

562 U.S. 1143, 131 S. Ct. 911, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 598.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-6980. Kenneth Fields, Petitioner v. Texas.

562 U.S. 1143, 131 S. Ct. 912, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 212.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

No. 10-6985. Keith E. Frazier, Petitioner v. Hearing Officer Jackson, et al.

562 U.S. 1143, 131 S. Ct. 912, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 272.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 385 Fed. Appx. 808.

No. 10-6988. Mitchell Moore, Petitioner v. Ohio.

562 U.S. 1143, 131 S. Ct. 912, 178 L. Ed. 2d 762, 2011 U.S. LEXIS 304.

January 10, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Lucas County, denied.